I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-24-12

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN MOOREHEAD,<br><br>              Petitioner,<br><br>    vs.<br><br>MATTHEW CATE,<br><br>              Respondent. | Case No. CV 11-5879-JHN (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 22, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE