

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-24-12

DEPUTY CLERK

JS - 6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

JAMES ALLEN MOOREHEAD,           ) Case No. CV 11-5879-JHN (JPR)
                                 )
                  Petitioner,    )
                                 )   J U D G M E N T
        vs.                      )
                                 )
MATTHEW CATE,                    )
                                 )
                  Respondent.    )
_____)

        Pursuant to the Order Accepting Findings and
Recommendations of U.S. Magistrate Judge,

        IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: February 22, 2012

                                JACQUELINE H. NGUYEN
                                UNITED STATES DISTRICT JUDGE